## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA DIANE BOWMAN and, AMY McHENRY, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No.: 2:10-cv-04403-DMC-JAD |
| v. | **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN G. FELDER** |
| RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP., | |
| Defendants. | |

TO:  Clerk, United States District Court
   District of New Jersey
   M.L. King Jr. Federal Bldg. & U.S. Courthouse
   50 Walnut Street
   Newark, New Jersey 07102

   **PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned attorneys for Plaintiffs shall apply to the United States District Court of New Jersey, at the United States Post Office & Courthouse Building, Federal Square, Newark, New Jersey 07101, before the Honorable Dennis M. Cavanaugh, U.S.D.J.., for an Order pursuant to L. Civ. R. 101.1(c), for the admission *pro hac vice* of John G. Felder, Esq. to assist in the representation of Plaintiffs in the above-captioned matter.

#3914046 (155263.002)

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs submit the Certification of Daniel R. Lapinski , Esq. and the Certification of John G. Felder, Esq. annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:    Woodbridge, New Jersey
          September 24, 2010

                                          WILENTZ, GOLDMAN & SPITZER, P.A.

                                          By: _____
                                              Daniel R. Lapinski

#3914046 (155263.002)