UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA DIANE BOWMAN and, AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>Defendants. | Civil Action No.: 2:10-cv-04403-DMC-JAD<br><br>CERTIFICATION OF<br>JOHN G. FELDER, ESQ. |

**JOHN G. FELDER,** of full age, certifies under penalty of perjury:

1. I am a member of the bar of the South Carolina Federal District Court since 1995 and am a member of the law firm McGowan, Hood & Felder, LLC.

2. I am a member of the bars of the South Carolina State Court and United States Court of Appeals for the Fourth Circuit.

3. I am, and at all times have been, a member in good standing of the aforementioned bars.

4. I am domiciled in the State of South Carolina.

5. McGowan, Hood & Felder, LLC, is co-counsel for Plaintiffs along with Wilentz, Goldman & Spitzer, P.A. ("Wilentz"). Wilentz attorney, Daniel R. Lapinski, is an attorney-at-law of the State of New Jersey and, is duly qualified to practice before this Court pursuant to L.

#3914064 (155263.002)

Civ. R. 101.1.

6. If this application to appear *pro hac vice* is granted I agree to:

a. Contribute to the New Jersey Lawyers' Fund for Client Protection such fees as are required pursuant to New Jersey Court Rules 1:20-1(b) and 1:28-2;

b. Abide by L. Civ.R. 101.1 (c) and all disciplinary rules;

c. Notify the Court immediately of any matter affecting my standing at the bar of any other court.

7. Upon my admission, I will ask Wilentz to make a request to the Court for me to receive electronic notifications in this case. Currently, all pleadings, briefs and other papers filed in connection with McGowan, Hood & Felder, LLC's representation of Plaintiff are immediately forwarded to us by Wilentz.

Dated: Woodbridge, New Jersey
September 24, 2010

_____
JOHN G. FELDER, Jr.