UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EDNA DIANE BOWMAN and, :
AMY McHENRY, individually :
and on behalf of all others similarly :
situated, :
                                                   :
            Plaintiffs,      :     Civil Action No.: 2:10-cv-04403-DMC-JAD
                                                   :
v.                                                       :

RAM MEDICAL, INC.,              :     CERTIFICATION OF
AMERIMED CORP., HENRY      :     WILLIAM A. MCKINNON, ESQ.
SCHEIN, INC., MARATHON       :
MEDICAL CORP., MEDLINE      :
INDUSTRIES, MMS-A MEDICAL :
SUPPLY CO., and Q-MED CORP., :
                                                   :
           Defendants.     :
                                                   :

**WILLIAM A. MCKINNON,** of full age, certifies under penalty of perjury:

    1.    I am a member of the bar of the South Carolina Federal District Court since 2002 and am a member of the law firm McGowan, Hood & Felder, LLC.

    2.    I am a member of the bars of the South Carolina State Court and United States Court of Appeals for the Fourth, Ninth and Eleventh Circuits.

    3.    I am, and at all times have been, a member in good standing of the aforementioned bars.

    4.    I am domiciled in the State of South Carolina.

    5.    McGowan, Hood & Felder, LLC, is co-counsel for Plaintiffs along with Wilentz, Goldman & Spitzer, P.A. ("Wilentz"). Wilentz attorney, Daniel R. Lapinski, is an attorney-at-law of the State of New Jersey and, is duly qualified to practice before this Court pursuant to L.

Civ. R. 101.1.

6. If this application to appear *pro hac vice* is granted I agree to:

a. Contribute to the New Jersey Lawyers' Fund for Client Protection such fees as are required pursuant to New Jersey Court Rules 1:20-1(b) and 1:28-2;

b. Abide by L. Civ.R. 101.1 (c) and all disciplinary rules;

c. Notify the Court immediately of any matter affecting my standing at the bar of any other court.

7. Upon my admission, I will ask Wilentz to make a request to the Court for me to receive electronic notifications in this case. Currently, all pleadings, briefs and other papers filed in connection with McGowan, Hood & Felder, LLC's representation of Plaintiff are immediately forwarded to us by Wilentz.

Dated: Woodbridge, New Jersey
September 24, 2010

_____
WILLIAM A. MCKINNON