UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Facsimile: (212) 952-1110
Attorneys for Defendant
Marathon Medical Corporation

| | |
|---|---|
| EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiffs,<br><br>v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>                                      Defendants. | 10 CV 04403-DMC-JAD<br><br>Class Action<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

      Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrate judges of this court to evaluate possible disqualification and recusal, the undersigned counsel for defendant Marathon Medical Corporation ("Marathon") hereby notifies the Court that Marathon has no parent corporation, and that no publicly-held company owns 10% or more of its stock.

Dated:    New York, New York
             October 13, 2010

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    Nora Coleman (NC-6347)
                                                    45 Broadway, 21st Floor

                New York, New York 10006
                Telephone: (212) 952-1100
                Facsimile: (212) 952-1110
                Attorneys for Defendant
                Marathon Medical Corporation

TO: Philip A. Tortoreti, Esq.
    Daniel R. Lapinski, Esq.
    WILENTZ, GOLDMAN & SPITZER P.A.
    90 Woodbridge Center
    Suite 900 Box 10
    Woodbridge, New Jersey 07095-0958
    Telephone: (732) 636-8000
    Facsimile: (732) 855-6117
    Attorneys for Plaintiffs

    Stuart M. Feinblat, Esq.
    Sills Cummis
    One Riverfront Plaza
    Newark, New Jersey 07102
    Telephone: (973) 643-7000
    Facsimile: (973) 643-6500
    Attorneys for Defendant
    Medline Industries, Inc.