UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Facsimile: (212) 952-1110
Attorneys for Defendant
Marathon Medical Corporation

| | |
|---|---|
| EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>　　　　　　　　　　　Defendants. | 10 CV 04403-DMC-JAD<br><br>Class Action<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

　　　　THIS MATTER having come before the Court by way of the application of defendant MARATHON MEDICAL CORPORATION ("Marathon"), by and through its counsel, Haworth Coleman & Gerstman, LLC, with the consent of plaintiffs' counsel, requesting an extension of time, pursuant to Local Civil Rule 6.1(a), within which to answer or otherwise respond to the plaintiffs' Class Action Complaint; and service of the Summons and Complaint having been effectuated upon Marathon on or about September 23, 2010; and Marathon requiring additional time to answer or otherwise respond to the plaintiffs' Class Action Complaint; and plaintiffs' counsel having stipulated

NY/518947v1

and agreed to extend the time within which Marathon may answer or otherwise respond to plaintiffs' Class Action Complaint to and including November 29, 2010; and good cause having been shown;

IT IS, on this 13th day of October, 2010,

ORDERED that Marathon's time to answer or otherwise respond to plaintiffs' Class Action Complaint is extended to and including November 29, 2010.

_____
Philip A. Tortoreti, Esq. (PT- 4465)
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center
Suite 900 Box 10
Woodbridge, New Jersey 07095-0958
Telephone: (732) 636-8000
Facsimile: (732) 855-6117
Attorneys for Plaintiffs

_____
Nora Coleman (NC-6347)
HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Facsimile: (212) 952-1110
Attorneys for Defendant
Marathon Medical Corporation

SO ORDERED:

_____
Honorable Joseph A. Dickson, U.S.M.J.

2

NY/518947v1