# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: 973-643-7000**
**Fax: 973-643-6500**

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

**Stuart M. Feinblatt**
**Member of the Firm**
**Direct Dial: (973) 643-5866**
**E-mail: sfeinblatt@sillscummis.com**

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

October 18, 2010

Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *Edna Diane Bowman, et al. v. Ram Medical, Inc., et al.*
     Civil Action No. 10-cv-4403 (DMC)

Dear Judge Dickson:

  This firm represents Defendant Medline Industries, Inc. ("Medline") in this matter. Medline respectfully submits a proposed Stipulation and Order Extending Time to Respond to the Complaint in this action through November 29, 2010. The Court has already granted a similar extension to co-defendant Marathon Medical Corporation. With the consent of plaintiffs' counsel, Medline respectfully requests that the Court also grant Medline until November 29, 2010 to answer or otherwise move or respond to the Complaint. If acceptable to the Court, kindly execute and enter the enclosed Stipulation and Order.

            Respectfully submitted,

            s/ Stuart M. Feinblatt

            STUART M. FEINBLATT

Enc.
cc: Philip A. Tortoreti, Esq.
   Daniel R. Lapinski, Esq.
   Nora Coleman, Esq.