SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
Attorneys for Defendant
Medline Industries, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA DIANE BOWMAN and, AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>Defendants. | Civil Action No. 10-cv-4403 (DMC)<br><br>Honorable Dennis M. Cavanaugh<br><br>STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b) |

Pursuant to L. Civ. R. 6.1, the parties hereby stipulate and agree that defendant Medline Industries, Inc. ("Medline") shall have an extension of time, through and including November 29, 2010, in which to file and serve an Answer to the Complaint or otherwise move or respond thereto. By presenting this application to the Court, Medline makes the following representations under L. Civ. R. 6.1:

1. The Summons and Complaint was served on Medline on September 14, 2010;

2. On September 28, 2010, pursuant to L. Civ. R. 6.1(b), Medline filed an application requesting an automatic fourteen (14) day extension of time to answer or otherwise move or respond to the Complaint.

3. On September 30, 2010, the Clerk of the Court granted Medline's request and extended Medline's time to Answer or otherwise move or respond to the Complaint to October 19, 2010.

Consent to form and entry of this Order:

| | |
|---|---|
| SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5400<br>(973) 643-7000<br>Attorneys for Defendant<br>Medline Industries, Inc. | WILENTZ, GOLDMAN & SPITZER P.A.<br>90 Woodbridge Center, Suite 900<br>Woodbridge, NJ 07095-0958<br>(732)636-8000<br>Attorneys for Plaintiffs |
| By: s/ Stuart M. Feinblatt<br>    STUART M. FEINBLATT | By: s/ Daniel R. Lapinski<br>    DANIEL R. LAPINSKI |
| Dated: October 18, 2010 | Dated: October 18, 2010 |

IT IS on this \_\_19th\_\_ day of October 2010, **ORDERED** as follows:

The above application is **GRANTED** and Defendant Medline Industries, Inc.'s time to answer, move or otherwise respond to the Complaint is hereby extended through and including November 29, 2010.

_____
HON. JOSEPH A. DICKSON, U.S.M.J.