UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA DIANE BOWMAN and, AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>        Defendants. | Civil Action No.10 CV 04403-DMC<br><br><br><br><br><br>STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b) |

THIS MATTER having come before the Court by way of the application of Defendant Q-MED CORP. ("Q-MED"), by and through its counsel with the consent of Plaintiffs' counsel, requesting an extension of time, pursuant to Local Civil Rule 6.1 (a), within which to answer or otherwise respond to the Plaintiffs' Class Action Complaint; and service of the Summons and Complaint having been effectuated upon Q-MED on or about September 13, 2010; and Q-MED requiring additional time to answer or otherwise respond to the plaintiffs' Class Action Complaint; and Plaintiffs' counsel having stipulated and agreed to extend the time within which Q-Med may answer or otherwise respond to plaintiffs' Class Action Complaint to and including November 29, 2010; and good cause having been shown;

Consent to form and entry of this Order:

| | |
|---|---|
| WILENTZ, GOLDMAN & SPITZER P.A.<br>90 Woodbridge Center<br>Suite 900 Box 10<br>Woodbridge, New Jersey 07095-0958<br>Telephone: (732) 636-8000<br>Facsimile: (732) 855-6117<br>Attorneys for Plaintiffs | COZEN O'CONNOR, P.C.<br>Suite 300, Liberty View<br>457 Haddonfield Rd., P.O. Box 5459<br>Cherry Hill, New Jersey 08002-2220<br>Telephone: (856) 910-5000<br>Facsimile: (856) 910-5075<br>Attorneys for Defendant Q-Med Corp. |
| By: s/Daniel R. Lapinski<br>    DANIEL R. LAPINSKI | By: s/ Thomas McKay, III<br>    THOMAS MCKAY, III (TM9676)<br>    JOHN P. JOHNSON, JR. (JJ3052) |

IT IS, on this 3RD day of November, 2010;

ORDERED that Q-Med Corp.'s time to answer, move or otherwise respond to plaintiffs' Class Action Complaint is extended to and including November 29, 2010.

Hon. Joseph A. Dickson, U.S.M.J.

CHERRY_HILL\616298\1 099994.000