## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

EDNA DIANE BOWMAN and,                    :
AMY McHENRY, individually               :
and  on behalf of all others similarly  :
situated,                                :
                                         :
        Plaintiffs,              :    Civil Action No.: 2:10-cv-04403-DMC-JAD
                                         :
v.                                       :
                                         :
RAM MEDICAL, INC.,                       :    ORDER GRANTING *PRO HAC VICE*
AMERIMED CORP., HENRY                    :              ADMISSION
SCHEIN, INC., MARATHON                   :
MEDICAL CORP., MEDLINE                   :
INDUSTRIES, MMS-A MEDICAL                :
SUPPLY CO., and Q-MED CORP.,             :
                                         :
        Defendants.              :

        **THIS MATTER** having been opened to the Court by Wilentz, Goldman & Spitzer, P.A.,

co-counsel for Plaintiffs, by way of Motion, seeking an Order allowing John G. Felder, Esq., to

appear and participate in this action *pro hac vice*, and the Court having reviewed said Motion, all

papers submitted in support of said Motion, and all papers submitted in opposition to said

Motion, and for good cause shown;

        **IT IS** on this _3rd_ day of _November_, 2010;

        **ORDERED** that Plaintiff's motion be, and is hereby granted; and it is further

        **ORDERED** that John G. Felder, Esq., being a member in good standing of the Bar of the

Supreme Court of South Carolina, and not being now or at any time under suspension or

disbarment by the bar of any court, and not being the subject of any pending disciplinary

proceeding as a member of the bar of any court, be permitted to appear *pro hac vice* in the

above-captioned matter pursuant to L. Civ. R. 101.1, and it is further

#3914049 (155263.002)

**ORDERED** that John G. Felder, Esq., shall abide by all the rules of this Court, including all relevant disciplinary rules; and it is further

**ORDERED** that McGowan, Hood & Felder, LLC, attorneys shall consent to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against John G. Felder. or McGowan, Hood & Felder, LLC, that may arise out of Mr. Felder's participation in the matter; and it is further

**ORDERED** that John G. Felder, Esq. shall notify the Court immediately of any matter affecting Mr. Felder's standing as a member of the bar of any court; and it is further

**ORDERED** that John G. Felder, Esq. shall endeavor to assure that pleadings, briefs and other papers filed with the Court shall be signed and filed by an attorney of record who is authorized to practice before this Court; and it is further

**ORDERED** that John G. Felder, Esq. shall pay the required annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and this payment shall be made for any year in which Applicant continues to represent a client in the pending matter; and it is further

ORDERED that JOHN G. FELDER, ESQ. SHALL pay $150.00 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY FOR ADMISSION PRO HAC VICE IN ACCORDANCE WITH L. CIV. R. 101.1(c)(3).

Hon. **Joseph A. Dickson**
**United States Magistrate Judge**