## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated, | : : : : | Civil Action No. 10 cv 04403-DMC |
| Plaintiffs | : : | |
| v. | : : | STIPULATION AND CONSENT ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AS WELL AS EXTEND TIME FOR PLAINTIFF TO REPLY TO THE RESPONSE OF DEFENDANTS PURSUANT TO LOCAL CIVIL RULE 6.1(b) |
| RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP., | : : : : : : : | |
| Defendants | : | |

THIS MATTER having come before the Court by way of application of Defendants, Q-Med Corp., RAM Medical, Inc., Henry Schein, Inc., Marathon Medical Corp., and Medline Industries ("Requesting Defendants"), and Plaintiffs, Edna Diane Bowman and Amy McHenry, individually and on behalf of all other similarly situated ("Plaintiffs"), by and through their respective counsel, requesting an extension of time, pursuant to Local Civil Rule 6.1(b), within which Requesting Defendants have to answer or otherwise respond to Plaintiffs' Class Action Complaint until January 14, 2011, and that any reply thereto on behalf of Plaintiffs shall be due on or before February 28, 2011.  Moreover, Plaintiffs have consented to allow Requesting Defendants until March 28, 2011 in which to respond to any reply.  By presenting this application to the Court, the parties make the following representation under Local Civil Rule 6.1.

      1.      The Summons and Class Action Complaint has been served on the Requesting Defendants;

2. The Court has previously granted a request for an extension until November 29, 2010 pursuant to a Stipulation and Consent for Defendants Q-Med Corp., Inc., Marathon Medical Corp., Inc., and Medline Industries, Inc.;

3. Upon information and belief, Defendants RAM Medical, Inc. and Henry Schein, Inc. were recently served with the Complaint and counsel will be entering their appearance;

4. The Requesting Defendants are evaluating defense and insurance coverage issues and need additional time to evaluate the issues and get coverage related issues resolved prior to responding to Plaintiffs' Complaint.  Plaintiffs have consented to Requesting Defendants' request for additional time to work out the coverage issues;

5. Plaintiffs' counsel has requested that it be provided until February 28, 2011, in which to reply to any responsive pleading by Requesting Defendants and requesting Defendants having no objection thereto.

Consent to form and entry of this Order:

| | |
|---|---|
| COZEN O'CONNOR, P.C.<br>Suite 300, LibertyView<br>457 Haddonfield Road<br>P.O. Box 5459<br>Cherry Hill, New Jersey 08002-2220<br>Telephone: (856) 910-5000<br>Facsimile: (856) 910-5075<br>Attorneys for Defendant Q-Med Corp.<br><br>By: /s/ John P. Johnson, Jr.<br>    Thomas McKay, III<br>    John P. Johnson, Jr. | SILLS CUMMIS & GROSS, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5400<br>Telephone: (973) 643-7000<br>Attorneys for Defendant Medline Industries, Inc.<br><br>By: /s/ Stuart M. Feinblatt<br>    Stuart M. Feinblatt |
| HAWORTH COLEMAN & GERSTMAN, LLC<br>45 Broadway<br>21st Floor<br>New York, NY 10006<br>Telephone: (212) 952-1102<br>Facsimile: (212) 952-1110<br>Attorneys for Marathon Medical Corp.<br><br>By: /s/ Nora Coleman<br>    Nora Coleman | WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 Woodbridge Center<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095-0958<br>Telephone: (732) 636-8000<br>Facsimile: (732) 855-6117<br>Attorneys for Plaintiffs<br><br>By: /s/ Daniel R. Lapinski<br>    Daniel R. Lapinski |
| PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>Telephone (212) 969-3911<br>Facsimile: (212) 969-2900<br>Attorneys for Henry Schein, Inc.<br><br>By: /s/ Karen E. Clarke<br>    Karen E. Clarke | WOLFF & SAMSON PC<br>One Boland Drive<br>West Orange, NJ 07052<br>Telephone: (973) 530-2007<br>Facsimile: (973) 530-2207<br>Attorneys for RAM Medical, Inc.<br><br>By: /s/ Kenneth N. Laptook<br>    Kenneth N. Laptook |

IT IS, on this _____ day of November, 2010; ORDERED, as follows:

The above application is herby **GRANTED** and Defendants' Q-Med Corp., Marathon Medical Corp., and Medline Industries, Inc.'s, time to answer, move or otherwise respond to the Class Action Complaint is hereby extended through and including January 14, 2011, and Plaintiffs' reply to any response submitted by the Requesting Defendants is hereby extended through and including February 28, 2011.  Moreover, requesting Defendants must respond to any such reply by March 28, 2011.

_____
Hon. Joseph A. Dickson, U.S.M.J.

CHERRY_HILL\618015\1 277969.000