Wolff & Samson PC
One Boland Drive
West Orange, NJ  07052
(973) 325-1500
Attorneys for Defendant
RAM MEDICAL, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP., , <br><br> Defendants. | Civil Action No. 10-cv-4403 (DMC) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Wolff & Samson PC hereby enters an appearance as counsel on behalf of the defendant RAM Medical, Inc., in connection with this matter.

> WOLFF & SAMSON, PC
> One Boland Drive
> West Orange, NJ  07052
> (973) 325-1500
> Attorneys for Defendant
> RAM MEDICAL, INC.
>
>
> By   /s/ Kenneth N. Laptook
>     KENNETH N. LAPTOOK

Dated:  November 22, 2010

1267188.1