UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

November 22, 2010

RECUSAL LETTER ORDER
ORIGINAL FILED WITH THE CLERK OF THE COURT

All counsel of record on the docket sheet.

    Re:    Bowman, et al. v. Ram Medical, Inc., et al.
             Civil Action No. 10-4403 (DMC)(JAD)

Dear Counsel:

Please be advised that I am recusing myself from this case. The Honorable Mark Falk U.S.M.J. will assume all Magistrate Judge responsibilities for this case.

**SO ORDERED.**

Hon. Joseph A. Dickson
United States Magistrate Judge

Orig.:  Clerk of the Court
cc:     Hon. Dennis M. Cavanaugh, USDJ
       Hon. Mark Falk, USMJ
       Parties
       File