SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
Attorneys for Defendant
Medline Industries, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDNA DIANE BOWMAN and, AMY McHENRY, individually and on behalf of all others similarly situated, | : : : | Civil Action No. 10-cv-4403 (DMC) |
| Plaintiffs, | : | Honorable Dennis M. Cavanaugh |
| v. | : | |
| RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP., | : : : | **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT MEDLINE INDUSTRIES, INC.** |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 7.1, defendant Medline Industries, Inc. states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

    Respectfully submitted,
    SILLS CUMMIS & GROSS P.C.
    One Riverfront Plaza
    Newark, New Jersey 07102-5400
    (973) 643-7000

    s/  Stuart M. Feinblatt
    By:  STUART M. FEINBLATT

    Attorneys for Defendant
    Medline Industries, Inc.

Dated:  November 23, 2010