UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>  v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>    Defendants | Civil Action No. 10 cv 04403-DMC<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT, Q-MED CORP.** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Q-Med Corp., states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

             Respectfully submitted

             COZEN O'CONNOR, P.C.
             Suite 300, LibertyView
             457 Haddonfield Road
             P.O. Box 5459
             Cherry Hill, New Jersey 08002-2220
             Telephone:  (856) 910-5000
             Facsimile:  (856) 910-5075
             Attorneys for Defendant Q-Med Corp.


             By: /s/ John P. Johnson, Jr.
               Thomas McKay, III
               John P. Johnson, Jr.