UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP**
John C. Whipple, Esq. (JW 1591)
560 Main Street, Chatham, New Jersey 07928
Telephone: 973-635-3366
**Attorneys for Defendant MMS-A Medical Supply Co.**

| | |
|---|---|
| EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated, | Civil Action No. 10-cv-04403 (DMC) |
| Plaintiffs, | |
| v. | |
| RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP., | **NOTICE OF APPEARANCE** |
| Defendants. | |

**To the Clerk of this Court and all parties of record:**

Kindly enter my appearance as counsel of record in this case for Defendant MMS-A Medical Supply Co.  I certify that I am admitted to practice in this Court.

                                       ARSENEAULT, WHIPPLE,
                                       FASSETT & AZZARELLO, LLP

                                       By: ___s/John C. Whipple_____
                                                 John C. Whipple, Esq.
                                                 (jcwhipple@awfa-law.com)