UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Facsimile: (212) 952-1110
Attorneys for Defendant
Marathon Medical Corporation

| | |
|---|---|
| EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>Defendants. | 10 CV 04403-DMC-JAD<br><br>Class Action<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1**(b) |

THIS MATTER having come before the Court by way of the application of defendants MMS-A MEDICAL SUPPLY CO., Q-MED CORP., RAM MEDICAL, INC., HENRY SCHEIN, INC., MARATHON MEDICAL CORPORATION and MEDLINE INDUSTRIES, and plaintiffs, Edna Diane Bowman and Amy McHenry, individually and on behalf of all other similarly situated, by and through their respective counsel, requesting an extension of time, pursuant to Local Civil Rule 6.1(a), within which defendants must answer or otherwise respond to plaintiffs' Class Action Complaint until January 31, 2011, and for good cause having been shown, and:

1. The Summons and Class Action Complaint having been served on the requesting defendants;

2. The Court having previously granted a request for an extension to January 14, 2011 to defendants Q-MED CORP., RAM MEDICAL, INC., HENRY SCHEIN, INC., MARATHON MEDICAL CORPORATION and MEDLINE INDUSTRIES;

3. Q-MED CORP., RAM MEDICAL, INC., HENRY SCHEIN, INC., MARATHON MEDICAL CORPORATION and MEDLINE INDUSTRIES currently intending to submit motions to dismiss plaintiffs' Class Action Complaint with a Joint Brief;

4. Defendant MMS-A MEDICAL SUPPLY CO. having first entered an appearance on December 29, 2010;

5. Defendant MMS-A MEDICAL SUPPLY CO. currently intending to join in defendants' currently-anticipated Joint Brief, but requiring an additional two weeks to evaluate the pertinent issues;

6. Plaintiffs having consented to the extension of time to facilitate defendant MMS-A MEDICAL SUPPLY CO.'S participation in the currently-anticipated Joint Brief, so as to avoid duplication of effort and the waste of judicial resources; and

7. Plaintiffs in turn having requested an additional two weeks to submit opposition to the currently-anticipated Joint Brief and having agreed to a two-week extension of defendants' time to submit a reply;

IT IS, on this _____ day of January, 2011,

ORDERED that defendants' time to answer or otherwise respond to plaintiffs' Class Action Complaint is extended to and including January 31, 2011; and it is further

ORDERED that any opposition thereto on behalf of plaintiffs shall be due on or before March 14, 2011; and it is further

ORDERED that any reply thereto on behalf of defendants shall be due on or before April 14, 2011.

The undersigned consent to the form and entry of this Order:

_____/Daniel R. Lapinski_____
Daniel R. Lapinski, Esq.
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center, Suite 900 Box 10
Woodbridge, New Jersey 07095-0958
Telephone: (732) 636-8000
Facsimile: (732) 855-6117
Attorneys for Plaintiffs

_____/Kenneth M. Laptook_____
Kenneth M. Laptook, Esq.
WOLFF & SAMSON PC
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2007
Facsimile: (973) 530-2207
Attorneys for Defendant RAM Medical, Inc.

_____/Karen E. Clarke_____
Karen E. Clarke, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone (212) 969-3911
Facsimile: (212) 969-2900
Attorneys for Defendant Henry Schein, Inc.

_____/John P. Johnson, Jr._____
John P. Johnson, Jr., Esq.
COZEN O'CONNOR, P.C.
Suite 300, LibertyView
457 Haddonfield Road/P.O. Box 5459
Cherry Hill, New Jersey 08002-2220
Telephone: (856) 910-5000
Facsimile: (856) 910-5075
Attorneys for Defendant Q-Med Corp.

_____/John C. Whipple_____
John C. Whipple, Esq.
ARSENEAULT, WHIPPLE, FASSETT &
AZZARELLO, LLP
560 Main Street
Chatham, NJ 07928-2119
Telephone: (973) 635-3366
Facsimile: (973) 635-0855
Attorneys for Defendant MMS-A
MEDICAL SUPPLY CO.

_____/Nora Coleman_____
Nora Coleman, Esq.
HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Facsimile: (212) 952-1110
Attorneys for Defendant Marathon Medical Corporation

_____/Stuart M. Feinblatt_____
Stuart M. Feinblatt, Esq.
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Facsimile (973) 643-6500
Attorneys for Defendant Medline Industries, Inc.

SO ORDERED:

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.