PROSKAUER ROSE LLP
Karen E. Clarke
1585 Broadway
New York, NY 10036-8299
Tel.:  (212) 969-3000
Fax:  (212) 969-2900
  - and -
One Newark Center
18th Floor
Newark, NJ 07102-5211
Tel.:  (973) 274-3200
Fax:  (973) 274-3299
*Attorneys for Defendant Henry Schein, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated,

            Plaintiff,

      v.

RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,

            Defendants.

_____

Civil Action No. 10-cv-4403 (DMC)

Hon. Dennis M. Cavanaugh

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT HENRY SCHEIN, INC.**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for defendant Henry Schein, Inc. ("HSI") states the following:

      HSI is a publicly traded corporation with no parent corporation.  According to

public filings, T. Rowe Price Associates, Inc. and FMR LLC each holds more than 10%

of HSI's stock.  Although neither of these stockholders is a publicly held corporation, T.

Rowe Price Associates, Inc., is, according to public filings, a wholly-owned subsidiary of

T. Rowe Price Group, Inc., which is a publicly traded corporation.


Dated: January 5, 2011

                                        PROSKAUER ROSE LLP

                                        By:  /s/ *Karen E. Clarke*
                                             Karen E. Clarke
                                             (kclarke@proskauer.com)
                                             1585 Broadway
                                             New York, NY 10036-8299
                                             Tel.:  (212) 969-3000
                                             Fax:  (212) 969-2900
                                                 - and -
                                             One Newark Center
                                             18th Floor
                                             Newark, NJ 07102-5211
                                             Tel.:  (973) 274-3200
                                             Fax:  (973) 274-3299
                                             *Attorneys for Defendant*
                                             *Henry Schein, Inc.*


To:

Philip A. Tortoreti, Esq.
Daniel R. Lapinski, Esq.
Victoria Hwang-Murphy, Esq.
Wilentz, Goldman & Spitzer P.A.
90 Woodbridge Center, Suite 900
Woodbridge, NJ 07095-0958
Tel.: (732) 636-8000
Fax: (732) 855-6117
*Attorneys for Plaintiffs*

Kenneth N. Laptook, Esq.
Wolff & Samson, PC
One Boland Drive
West Orange, NJ 07052
Tel.: (973) 324-1500
Fax: (973) 325-1501
*Attorneys for Defendant*

*RAM Medical, Inc.*

Stuart M. Feinblatt, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102-5400
Tel.: (973) 643-7000
Fax: (973) 643-6500
*Attorneys for Defendant*
*Medline Industries, Inc.*

Scott L. Haworth, Esq.
Nora Coleman, Esq.
Haworth Coleman & Gerstman, LLC
45 Broadway, 21st Floor
New York, NY 10006
Tel.: (212) 952-1100
Fax: (212) 952-1110
*Attorneys for Defendant*
*Marathon Medical Corporation*

Thomas McKay, III, Esq.
John P. Johnson, Jr., Esq.
Cozen O'Connor, P.C.
Liberty View Building
457 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002-2220
Tel.: (856) 910-5000
Fax.: (856) 901-5075
*Attorneys for Defendant*
*Q-Med Corp.*

John C. Whipple, Esq.
Arseneault, Whipple, Fassett & Azzarello, LLP
560 Main Street
Chatham, NJ 07928
Tel.: (973) 635-3366
Fax: (973) 635-0855
*Attorneys for Defendant*
*MMS-A Medical Supply Co.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the below date a true and correct copy of the

foregoing **Rule 7.1. Disclosure Statement of Defendant Henry Schein, Inc.** was served

via this Court's Electronic Case Filing system upon counsel for all parties who have

appeared.


Dated: January 5, 2011

PROSKAUER ROSE LLP


By:  /s/ *Karen E. Clarke*
          Karen E. Clarke
          (kclarke@proskauer.com)