PROSKAUER ROSE LLP
Karen E. Clarke
1585 Broadway
New York, NY 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
  - and -
One Newark Center
18th Floor
Newark, NJ 07102-5211
Tel.: (973) 274-3200
Fax: (973) 274-3299
*Attorneys for Defendant Henry Schein, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDNA DIANE BOWMAN and AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>　　　　　　Defendants. | Civil Action No. 10-cv-4403 (DMC)<br><br>Hon. Dennis M. Cavanaugh<br><br><br>**NOTICE OF**<br>**CHANGE OF ADDRESS** |

　　　　PLEASE TAKE NOTICE that, effective January 18, 2011, the New York office

of Proskauer Rose LLP, attorneys for defendant Henry Schein, Inc., will be moving from

1585 Broadway, New York, NY 10036-8299 to Eleven Times Square, New York, NY

10036-8299.  The telephone numbers, fax numbers and e-mail addresses will remain the

same, as will all contact information for the Newark office.  The new address for the New York office of Proskauer Rose LLP will be:

        **PROSKAUER ROSE LLP**
        **Eleven Times Square**
        **New York, New York 10036-8299**

Dated: January 5, 2011

        PROSKAUER ROSE LLP

        By: */s/ Karen E. Clarke*
            Karen E. Clarke
            1585 Broadway
            New York, NY 10036-8299
            Tel.:  (212) 969-3000
            Fax:  (212) 969-2900
              - and -
            One Newark Center
            18th Floor
            Newark, NJ 07102-5211
            Tel.:  (973) 274-3200
            Fax:  (973) 274-3299

            *Attorneys for Defendant*
            *Henry Schein, Inc.*

To:

Philip A. Tortoreti, Esq.
Daniel R. Lapinski, Esq.
Victoria Hwang-Murphy, Esq.
Wilentz, Goldman & Spitzer P.A.
90 Woodbridge Center, Suite 900
Woodbridge, NJ 07095-0958
Tel.: (732) 636-8000
Fax: (732) 855-6117
*Attorneys for Plaintiffs*

Kenneth N. Laptook, Esq.
Wolff & Samson, PC
One Boland Drive
West Orange, NJ 07052
Tel.: (973) 324-1500

2

Fax: (973) 325-1501
*Attorneys for Defendant*
*RAM Medical, Inc.*

Stuart M. Feinblatt, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102-5400
Tel.: (973) 643-7000
Fax: (973) 643-6500
*Attorneys for Defendant*
*Medline Industries, Inc.*

Scott L. Haworth, Esq.
Nora Coleman, Esq.
Haworth Coleman & Gerstman, LLC
45 Broadway, 21st Floor
New York, NY 10006
Tel.: (212) 952-1100
Fax: (212) 952-1110
*Attorneys for Defendant*
*Marathon Medical Corporation*

Thomas McKay, III, Esq.
John P. Johnson, Jr., Esq.
Cozen O'Connor, P.C.
Liberty View Building
457 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002-2220
Tel.: (856) 910-5000
Fax.: (856) 901-5075
*Attorneys for Defendant*
*Q-Med Corp.*

John C. Whipple, Esq.
Arseneault, Whipple, Fassett & Azzarello, LLP
560 Main Street
Chatham, NJ 07928
Tel.: (973) 635-3366
*Attorneys for Defendant*
*MMS-A Medical Supply Co.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the below date a true and correct copy of the foregoing **Notice of Change of Address** was served via this Court's Electronic Case Filing system upon counsel for all parties who have appeared.

Dated: January 5, 2011

        PROSKAUER ROSE LLP

        By: /s/ *Karen E. Clarke*
            Karen E. Clarke
            (kclarke@proskauer.com)