UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA DIANE BOWMAN and, AMY McHENRY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP.,<br><br>　　　　Defendants. | Civil Action No.: 2:10-cv-04403-DMC-JAD<br><br>STIPULATION AND CONSENT ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO LOCAL CIVIL RULE 6.1(b) |

THIS MATTER having come before the Court by way of the application of plaintiffs, EDNA DIANE BOWMAN and AMY MCHENRY, individually and on behalf of all other similarly situated, and defendants MMS-A MEDICAL SUPPLY CO., Q-MED CORP., RAM MEDICAL, INC., HENRY SCHEIN, INC., MARATHON MEDICAL CORPORATION and MEDLINE INDUSTRIES, by and through their respective counsel, requesting an extension of time, pursuant to Local Civil Rule 6.1(a), within which plaintiffs must respond to defendants' joint motion to dismiss, and for good cause having been shown; and:

　　　　1.　　The Summons and Class Action Complaint having been served on the defendants referenced above;

　　　　2.　　The Court having previously granted a request for an extension to January 14, 2011 to defendants Q-MED CORP., RAM MEDICAL, INC. HENRY SCHEIN, INC., MARATHON MEDICAL CORPORATION and MEDLINE INDUSTRIES to answer or

#3924936 (155263.002)　　　　　　　　　　　　　　1

otherwise reply to plaintiffs' Class Action Complaint;

3. Defendant MMS-A MEDICAL SUPPLY CO. having first entered an appearance on December 29, 2010;

4. The Court having granted a subsequent request for an extension to January 31, 2011 for all aforementioned defendants to answer or otherwise reply;

5. Plaintiffs having consented to the extensions of time so as to avoid duplication of effort and the waste of judicial resources; and

6. Defendants having filed a Joint Notice of Motion to Dismiss Plaintiffs' Class Action Complaint on January 31, 2011;

7. Plaintiffs having requested an additional two weeks, beyond the current March 14, 2011, date, to submit opposition to the Joint Brief;

8. The undersigned defendants having consented to Plaintiffs' request;

IT IS on this _____ day of March, 2011,

ORDERED that plaintiffs' time to submit opposition to defendants' Joint Brief is extended to and including March 28, 2011; and it is further

ORDERED that any reply thereto on behalf of defendants shall be due on or before April 28, 2011.

The undersigned consent to the form and entry of this Order:

| /s/ Daniel R. Lapinski | /s/ John C. Whipple |
|---|---|
| Daniel R. Lapinski, Esq. | John C. Whipple, Esq. |
| WILENTZ, GOLDMAN & SPITZER, P.A. | ARSENEAULT, WHIPPLE, FASSETT & |
| 90 Woodbridge Center Drive, Box 10 | AZZARELLO, LLP |
| Woodbridge, New Jersey 07095-0958 | 560 Main Street |
| Telephone: (732) 636-8000 | Chatham, New Jersey 07928-2119 |
| Facsimile: (732) 855-6117 | Telephone: (973) 635-3366 |
| Attorneys for Plaintiffs | Facsimile: (973) 635-0855 |
| | Attorneys for Defendant MMS-A Medical Supply Co. |

#3924936 (155263.002)　　　　　　　　　　2

| | |
|---|---|
| /s/ Kenneth M. Laptook | /s/ Nora Coleman |
| Kenneth M. Laptook, Esq.<br>WOLFF & SAMSON, PC<br>One Boland Drive<br>West Orange, New Jersey 07052<br>Telephone: (973) 530-2007<br>Facsimile: (973) 530-2207<br>Attorneys for Defendant RAM Medical, Inc. | Nora Coleman, Esq.<br>HAWORTH COLEMAN & GERSTMAN, LLC<br>45 Broadway, 21st Floor<br>New York, New York 10006<br>Telephone: (212) 952-1100<br>Facsimile: (212) 952-1110<br>Attorneys for Defendant Marathon Medical Corporation |
| /s/ Karen E. Clarke | /s/ Stuart M. Feinblatt |
| Karen E. Clarke, Esq.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>Telephone: (212) 969-3911<br>Facsimile: (212) 969-2900<br>Attorneys for Defendant Henry Schein, Inc. | Stuart M. Feinblatt, Esq.<br>SILLS CUMMIS & GROSS, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5400<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500<br>Attorneys for Defendant Medline Industries, Inc. |

/s/ John P. Johnson, Jr.
John P. Johnson, Jr., Esq.
COZEN O'CONNOR, P.C.
Suite 300, Libertyview
457 Haddonfield Road
PO Box 5459
Cherry Hill, New Jersey 08002-2220
Telephone: (856) 910-5000
Facsimile: (856) 910-5075
Attorneys for Defendant Q-Med Corp.

SO ORDERED:

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.
3/21/11