## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDNA DIANE BOWMAN and, <br> AMY McHENRY, individually <br> and on behalf of all others similarly <br> situated, | : <br> : <br> : <br> : | Electronically Filed |
| | : | |
| Plaintiffs, | : <br> : | Civil Action No.: 2:10-cv-04403-DMC-JAD |
| | : | |
| v. | : | |
| | : | |
| RAM MEDICAL, INC., <br> AMERIMED CORP., HENRY <br> SCHEIN, INC., MARATHON <br> MEDICAL CORP., MEDLINE <br> INDUSTRIES, MMS-A MEDICAL <br> SUPPLY CO., and Q-MED CORP., | : <br> : <br> : <br> : <br> : <br> : | CERTIFICATION OF FILING AND SERVICE |
| | : | |
| Defendants. | : <br> : | |

I, Daniel R. Lapinski, being of full age, hereby certify as follows:

1.      I am a member of the Bar of this Court and an attorney at the law firm of Wilentz, Goldman & Spitzer, P.A., attorneys for Plaintiffs Edna Diane Bowman and Amy McHenry in the above-captioned matter.

2.      I hereby certify that on this 25th Day of March 2011, a true and correct copy of the following documents: (a) Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss and (b) this Certification of Filing and Service were filed and served upon all counsel of record via Electronic Case Filing and a courtesy copy of the same was sent to the Honorable Dennis M. Cavanaugh via UPS Overnight delivery.

Daniel R. Lapinski
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Box 10, Suite 900
Woodbridge, New Jersey  07095

#3926184 (144084.002)                                        1