UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDNA DIANE BOWMAN and, AMY McHENRY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RAM MEDICAL, INC., AMERIMED CORP., HENRY SCHEIN, INC., MARATHON MEDICAL CORP., MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP., <br><br> Defendants. | Civil Action No.: 2:10-cv-04403-DMC-JAD <br><br><br> STIPULATION AND CONSENT ORDER EXTENDING DEFENDANTS' TIME TO REPLY BRIEF FOR JOINT MOTION TO DISMISS PURSUANT TO LOCAL CIVIL RULE 6.1(b) |

THIS MATTER having come before the Court by way of the application of defendants RAM MEDICAL, INC., HENRY SCHEIN, INC., MARATHON MEDICAL CORPORATION, MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP., with the consent of plaintiffs, EDNA DIANE BOWMAN and AMY MCHENRY, individually and on behalf of all other similarly situated, by and through their respective counsel, requesting an extension of time, pursuant to Local Civil Rule 6.1(a), within which defendants must submit their reply to plaintiffs' opposition to defendants' joint motion to dismiss, and for good cause having been shown; and:

1.  The Summons and Class Action Complaint having been served on the defendants referenced above;

2.  Defendants having filed a Joint Notice of Motion to Dismiss Plaintiffs' Class Action Complaint on January 31, 2011;

3. Plaintiffs having filed an opposition to the motion on March 28, 2011;

4. The current Stipulation and Order directing defendants to file any reply thereto by June 13, 2011; and

5. Defendant Marathon Medical Corporation's counsel having been involved in a serious accident; and

6. Plaintiffs having consented to defendants' request for additional time to file a reply, due to the above-described emergency situation;

IT IS on this _____ day of June, 2011,

ORDERED that defendants' time to submit a reply to plaintiffs' opposition to defendants' motion to dismiss is extended to and including June 22, 2011.

The undersigned consent to the form and entry of this Order:


_____/s/ Daniel R. Lapinski_____
Daniel R. Lapinski, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Box 10
Woodbridge, New Jersey  07095-0958
Telephone: (732) 636-8000
Facsimile: (732) 855-6117
Attorneys for Plaintiffs

_____/s/ John C. Whipple_____
John C. Whipple, Esq.
ARSENEAULT, WHIPPLE, FASSETT &
AZZARELLO, LLP
560 Main Street
Chatham, New Jersey  07928-2119
Telephone:  (973) 635-3366
Facsimile:  (973) 635-0855
Attorneys for Defendant MMS-A
Medical Supply Co.

_____/s/ Kenneth M. Laptook_____
Kenneth M. Laptook, Esq.
WOLFF & SAMSON, PC
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 530-2007
Facsimile: (973) 530-2207
Attorneys for Defendant RAM
Medical, Inc.

_____/s/ Nora Coleman_____
Nora Coleman, Esq.
HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone:  (212) 952-1100
Facsimile: (212) 952-1110
Attorneys for Defendant Marathon Medical
Corporation

| | |
|---|---|
| _____/s/ Karen E. Clarke_____<br>Karen E. Clarke, Esq.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>Telephone: (212) 969-3911<br>Facsimile: (212) 969-2900<br>Attorneys for Defendant Henry Schein, Inc. | _____/s/ Stuart M. Feinblatt_____<br>Stuart M. Feinblatt, Esq.<br>SILLS CUMMIS & GROSS, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5400<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500<br>Attorneys for Defendant Medline Industries, Inc. |

_____/s/ John P. Johnson, Jr._____
John P. Johnson, Jr., Esq.
COZEN O'CONNOR, P.C.
Suite 300, Libertyview
457 Haddonfield Road
PO Box 5459
Cherry Hill, New Jersey 08002-2220
Telephone: (856) 910-5000
Facsimile: (856) 910-5075
Attorneys for Defendant Q-Med Corp.

SO ORDERED:

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.