UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EDNA DIANE BOWMAN and,
AMY McHENRY, individually
and on behalf of all others similarly
situated,

      Plaintiffs,

v.

RAM MEDICAL, INC.,
AMERIMED CORP., HENRY
SCHEIN, INC., MARATHON
MEDICAL CORP., MEDLINE
INDUSTRIES, MMS-A MEDICAL
SUPPLY CO., and Q-MED CORP.,

      Defendants.

Civil Action No.: 2:10-cv-04403-DMC-JAD

STIPULATION AND CONSENT ORDER
EXTENDING DEFENDANTS' TIME TO
REPLY BRIEF FOR JOINT MOTION TO
DISMISS PURSUANT TO LOCAL CIVIL RULE
6.1(b)

THIS MATTER having come before the Court by way of the application of defendants RAM MEDICAL, INC., HENRY SCHEIN, INC., MARATHON MEDICAL CORPORATION, MEDLINE INDUSTRIES, MMS-A MEDICAL SUPPLY CO., and Q-MED CORP., with the consent of plaintiffs, EDNA DIANE BOWMAN and AMY MCHENRY, individually and on behalf of all other similarly situated, by and through their respective counsel, requesting an extension of time, pursuant to Local Civil Rule 6.1(a), within which defendants must submit their reply to plaintiffs' opposition to defendants' joint motion to dismiss, and for good cause having been shown; and:

    1.    The Summons and Class Action Complaint having been served on the defendants referenced above;

    2.    Defendants having filed a Joint Notice of Motion to Dismiss Plaintiffs' Class Action Complaint on January 31, 2011;

1

3. Plaintiffs having filed an opposition to the motion on March 28, 2011;

4. The current Stipulation and Order directing defendants to file any reply thereto by June 13, 2011; and

5. Defendant Marathon Medical Corporation's counsel having been involved in a serious accident; and

6. Plaintiffs having consented to defendants' request for additional time to file a reply, due to the above-described emergency situation;

IT IS on this _10_ day of June, 2011,

ORDERED that defendants' time to submit a reply to plaintiffs' opposition to defendants' motion to dismiss is extended to and including June 22, 2011.

The undersigned consent to the form and entry of this Order:


| /s/ Daniel R. Lapinski | /s/ John C. Whipple |
|---|---|
| Daniel R. Lapinski, Esq. | John C. Whipple, Esq. |
| WILENTZ, GOLDMAN & SPITZER, P.A. | ARSENEAULT, WHIPPLE, FASSETT & AZZARELLO, LLP |
| 90 Woodbridge Center Drive, Box 10 | 560 Main Street |
| Woodbridge, New Jersey 07095-0958 | Chatham, New Jersey 07928-2119 |
| Telephone: (732) 636-8000 | Telephone: (973) 635-3366 |
| Facsimile: (732) 855-6117 | Facsimile: (973) 635-0855 |
| Attorneys for Plaintiffs | Attorneys for Defendant MMS-A Medical Supply Co. |

| /s/ Kenneth M. Laptook | /s/ Nora Coleman |
|---|---|
| Kenneth M. Laptook, Esq. | Nora Coleman, Esq. |
| WOLFF & SAMSON, PC | HAWORTH COLEMAN & GERSTMAN, LLC |
| One Boland Drive | 45 Broadway, 21st Floor |
| West Orange, New Jersey 07052 | New York, New York 10006 |
| Telephone: (973) 530-2007 | Telephone: (212) 952-1100 |
| Facsimile: (973) 530-2207 | Facsimile: (212) 952-1110 |
| Attorneys for Defendant RAM Medical, Inc. | Attorneys for Defendant Marathon Medical Corporation |

| | |
|---|---|
| _____/s/ Karen E. Clarke_____<br>Karen E. Clarke, Esq.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>Telephone: (212) 969-3911<br>Facsimile: (212) 969-2900<br>Attorneys for Defendant Henry Schein, Inc. | _____/s/ Stuart M. Feinblatt_____<br>Stuart M. Feinblatt, Esq.<br>SILLS CUMMIS & GROSS, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5400<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500<br>Attorneys for Defendant Medline Industries, Inc. |

_____/s/ John P. Johnson, Jr._____
John P. Johnson, Jr., Esq.
COZEN O'CONNOR, P.C.
Suite 300, Libertyview
457 Haddonfield Road
PO Box 5459
Cherry Hill, New Jersey 08002-2220
Telephone: (856) 910-5000
Facsimile: (856) 910-5075
Attorneys for Defendant Q-Med Corp.

SO ORDERED:

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.